# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| ARM, LTD. AND ARM, INC., ) | CASE NO. 11-CV-3869-DMR |
| ) | |
| Plaintiffs, ) | **STIPULATION TO EXTEND TIME** |
| ) | **FOR MOSAID TECHNOLOGIES INC.** |
| v. ) | **TO RESPOND TO FIRST AMENDED** |
| ) | **COMPLAINT** |
| ) | |
| MOSAID Technologies Inc., ) | |
| ) | |
| Defendants. ) | |

## ORDER ADOPTING STIPULATION TO EXTEND TIME FOR MOSAID TECHNOLOGIES INC. TO RESPOND TO FIRST AMENDED COMPLAINT

Before the Court is the parties' stipulation to extend the time for Defendant Mosaid Technologies, Inc. ("Mosaid") to file a responsive pleading to Plaintiffs ARM Ltd. and ARM, Inc.'s (collectively, "ARM") First Amended Complaint. PURSUANT TO THE STIPULATION, the Court ORDERS as follows:

1. Mosaid's responsive pleading to ARM's First Amended Complaint is due on or before October 10, 2011.

DATED: 8/26/2011   BY: _____
Hon. Donna Ryu
United States Magistrate Judge

- 1 -