IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ARM LTD. ET AL,

    Plaintiff,

v.

MOSAID TECHNOLOGIES, INC.,

    Defendant.

No. C 11-03869 CRB

**ORDER TRANSFERRING CASE**

As the Court explained at the motion hearing, it hereby GRANTS Defendant MOSAID's Motion to Transfer this case to the Eastern District of Texas under the first-to-file rule.

**IT IS SO ORDERED.**

Dated: January 4, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\3869\order transferring.wpd